IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PLANNED PARENTHOOD OF NEBRASKA AND COUNCIL BLUFFS,** | ) ) ) | **CASE NO. 4:03CV3329** |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| **STEPHEN B. CURTISS, in his official capacity as the Director of the Nebraska Department of Health & Human Services Finance and Support, et al.,** | ) ) ) ) ) ) | |
| Defendants. | ) | |

For good cause shown,

IT IS ORDERED:

1. The unopposed motion to extend the time to file a motion under Rule 60 (Filing No. 118) is granted; and

2. The parties must file a motion for reconsideration of the Court's Memorandum and Order at Filing No. 115, if any, as provided in NECivR 60.1(b), on or before Friday, May 13, 2005.

DATED this 5th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge